IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JASON NORRIS,** : | |
| Plaintiff, : | |
| : | **CIVIL ACTION** |
| v. : | |
| : | **NO. 15-4741** |
| **MONTGOMERY COUNTY COMMUNITY** : | |
| **COLLEGE** : | |
| Defendant. : | |

## ORDER

**AND NOW**, this 6th day of May 2016, upon consideration of Plaintiff's Motion to Amend Complaint [Doc. No. 10] and Defendant's Motion for Judgment on the Pleadings [Doc. No. 8], the responses in opposition thereto, and for the reasons set forth in the accompanying Memorandum Opinion, it is hereby **ORDERED** that the Motion to Amend is **DENIED** and the Motion for Judgment on the pleadings is **GRANTED** as set forth in the accompanying Memorandum Opinion.  It is further **ORDERED** that Plaintiff shall file a corrected complaint limited to the corrections set forth in the accompanying Memorandum Opinion on or before **May 23, 2016** and Defendant shall file a response on or before **June 6, 2016**.

It is so **ORDERED**.

BY THE COURT:

/s/ Cynthia M. Rufe

_____
**CYNTHIA M. RUFE, J.**